**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WISCONSIN

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Lauritsen Firewood & Rental, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **39-1698553** |

4.    **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **2606 250th Ave.** <br> **Cushing, WI 54006** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Polk** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5.    **Debtor's website** (URL)    _____

6.    **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Lauritsen Firewood & Rental, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>1133</u>

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |

Debtor    **Lauritsen Firewood & Rental, Inc.**                                    Case number (*if known*)
          Name

**11.   Why is the case filed in**        *Check all that apply:*
        *this district?*
        ■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
             preceding the date of this petition or for a longer part of such 180 days than in any other district.

        ☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.   Does the debtor own or**     ■ **No**
        **have possession of any**   ☐ **Yes.**   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
        **real property or personal**
        **property that needs**
        **immediate attention?**       **Why does the property need immediate attention?** (*Check all that apply.*)

                                       ☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                          What is the hazard?

                                       ☐  It needs to be physically secured or protected from the weather.

                                       ☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                          livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                       ☐  Other

                                       **Where is the property?**

                                                                    Number, Street, City, State & ZIP Code

                                       **Is the property insured?**

                                       ☐  No

                                       ☐  Yes.    Insurance agency

                                                  Contact name

                                                  Phone

**■     Statistical and administrative information**

**13.   Debtor's estimation of**      .   *Check one:*
        **available funds**
                                      ■  Funds will be available for distribution to unsecured creditors.

                                      ☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.   Estimated number of**    ☐ 1-49            ☐ 1,000-5,000        ☐ 25,001-50,000
        **creditors**             ■ 50-99           ☐ 5001-10,000        ☐ 50,001-100,000
                                  ☐ 100-199         ☐ 10,001-25,000      ☐ More than100,000
                                  ☐ 200-999

**15.   Estimated Assets**       ☐ $0 - $50,000            ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                                 ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                                 ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                                 ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16.   Estimated liabilities**  ☐ $0 - $50,000            ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                                 ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                                 ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                                 ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

| Debtor | **Lauritsen Firewood & Rental, Inc.** | Case number (*if known*) | |
|--------|----------------------------------------|--------------------------|--|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|--|--|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 15, 2017**
                MM / DD / YYYY

**X** /s/ Derek Lauritsen
Signature of authorized representative of debtor

Title    **President**

**Derek Lauritsen**
Printed name

**18. Signature of attorney**

**X** /s/ Joshua D. Christianson
Signature of attorney for debtor

Date    **May 15, 2017**
        MM / DD / YYYY

**Joshua D. Christianson**
Printed name

**Freund Law Office**
Firm name

**920 S. Farwell Street, Ste. 1800**
**P.O. Box 222**
**Eau Claire, WI 54702-0222**
Number, Street, City, State & ZIP Code

Contact phone    **715.832.5151**        Email address    **freundlaw@fastmail.fm**

**1060033**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Lauritsen Firewood & Rental, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WISCONSIN

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 15, 2017**          *X* **/s/ Derek Lauritsen**
                                              Signature of individual signing on behalf of debtor

                                              **Derek Lauritsen**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Lauritsen Firewood & Rental, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WISCONSIN** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ADM Crop Risk Services Attn: Pres,Prtnr,Mmbr Box 1470 Decatur, IL 62525** | | **Crop insurance** | | | | **$7,225.05** |
| **Agstar Financial Services, ACA Attn: Pres,Prtnr,Mmbr P.O. Box 7438 7540 Airport View Dr. SW Rochester, MN 55903-7438** | | **2000 Trailmobile walking floor trailer** | | **$26,164.75** | **$9,000.00** | **$17,164.75** |
| **Batavia Leasing Attn: Pres,Prtnr,Mmbr 210 S. 5th St., Ste. 105 Saint Charles, IL 60174** | | **Case Skidsteer UCC 160000798024** | | **$52,834.00** | **$36,000.00** | **$16,834.00** |
| **Batavia Leasing Attn: Pres,Prtnr,Mmbr 210 S. 5th St., Ste. 105 Saint Charles, IL 60174** | | **Case Skidsteer UCC 160000798226** | | **$44,682.00** | **$36,000.00** | **$8,682.00** |
| **Batavia Leasing Attn: Pres,Prtnr,Mmbr 210 S. 5th St., Ste. 105 Saint Charles, IL 60174** | | **JD planter UCC 160011882828** | | **$57,719.00** | **$50,000.00** | **$7,719.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

| Debtor | **Lauritsen Firewood & Rental, Inc.** | Case number *(if known)* | |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Batavia Leasing Attn: Pres,Prtnr,Mmbr 210 S. 5th St., Ste. 105 Saint Charles, IL 60174** | | **JD sprayer UCC 150009890430** | | $174,895.00 | $150,000.00 | $24,895.00 |
| **Dahlco Seeds Inc. Attn: Pres,Prtnr,Mmbr KDC Inc. 14730 15th St. SW Cokato, MN 55321** | | **Seed** | | | | $54,612.70 |
| **Dahlman Seed Company LLP Attn: Pres,Prtnr,Mmbr 73504 200th St. Dassel, MN 55325** | | **Seed** | | | | $46,792.00 |
| **Fabick Cat Attn: Pres,Prtnr,Mmbr 111 Moccasin Mike Rd. Superior, WI 54880** | | **Machinery parts** | | | | $24,675.73 |
| **Hiawatha National Bank Attn: Pres,Prtnr,Mmbr 220 E. Oak St. P.O. Box 338 Glenwood City, WI 54013** | | **Northwest 40 acres of pasture & crop land at 2606 250th Ave., Cushing, WI, Polk County* Debt includes 3 add'l parcels at 2606 250th Ave., Cushing, li** | | $390,573.65 | $4,100.00 | $386,473.65 |
| **Hiawatha National Bank Attn: Pres,Prtnr,Mmbr 220 E. Oak St. P.O. Box 338 Glenwood City, WI 54013** | | **Derek Lauritsen's residence & 39.65 acres at 2565 150th Ave., Cushing, WI, Polk Co.** | | $630,610.55 | $276,200.00 | $356,668.20 |
| **Hiawatha National Bank Attn: Pres,Prtnr,Mmbr 220 E. Oak St. P.O. Box 338 Glenwood City, WI 54013** | | **Northeast 40 acres of pasture & crop land at 2606 250th Ave., Cushing, WI, Polk County* Debt includes 3 add'l parcels at 2606 250th Ave., Cushing, li** | | $315,837.79 | $10,700.00 | $305,226.52 |

| Debtor | **Lauritsen Firewood & Rental, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hiawatha National Bank Attn: Pres,Prtnr,Mmbr 220 E. Oak St. P.O. Box 338 Glenwood City, WI 54013** | | **Northwest 33.8 acres of pasture & crop land at 2606 250th Ave., Cushing, WI, Polk County* Debt includes 3 add'l parcels at 2606 250th Ave., Cushing,** | | **$306,960.75** | **$6,400.00** | **$300,613.81** |
| **Hiawatha National Bank Attn: Pres,Prtnr,Mmbr 220 E. Oak St. P.O. Box 338 Glenwood City, WI 54013** | | **Southwest 40 acres of pasture & crop land at 2606 250th Ave., Cushing, WI, Polk County *Debt includes 3 add'l parcels at 2606 250th Ave., Cushing, Ii** | | **$179,768.61** | **$27,300.00** | **$152,694.99** |
| **IRS P.O. Box 804522 Cincinnati, OH 45280** | | **941 withholding 1st quarter** | | | | **$4,244.97** |
| **IRS P.O. Box 804522 Cincinnati, OH 45280** | | **941 withholding** | | | | **$19,514.56** |
| **Rain & Hail LLC Attn: Pres,Prtnr,Mmbr Two Carlson Pkwy., Ste. 255 Minneapolis, MN 55447** | | **Crop insurance** | | | | **$7,915.00** |
| **Skoglund Oil Company Attn: Pres,Prtnr,Mmbr 1985 145th St. New Richmond, WI 54017** | | **Fuel & fluids** | | | | **$43,265.85** |
| **WI Dept of Revenue Special Procedures Unit P.O. Box 8901 Madison, WI 53708-8901** | | **Withholding taxes** | | | | **$4,361.13** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Lauritsen Firewood & Rental, Inc.**
     Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WI Dept of Revenue Special Procedures Unit P.O. Box 8901 Madison, WI 53708-8901** | | **Withholding taxes** | | | | **$1,044.85** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Lauritsen Firewood & Rental, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WISCONSIN

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................    $     **644,500.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................    $     **6,026,642.80**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................    $     **6,671,142.80**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     **3,260,937.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $     **29,165.51**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$     **184,486.33**

4.    **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b    $     **3,474,588.84**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Lauritsen Firewood & Rental, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WISCONSIN

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.  **Cash on hand** | **$400.00** |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Sterling Bank** | **Checking** | 9395 | **$2,000.00** |
| 3.2.  **Hiawatha Bank** | **Checking** | 3594 | **$739.64** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                                                      | **$3,139.64** |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

Official Form 206A/B                 Schedule A/B Assets - Real and Personal Property                  page 1

Debtor    **Lauritsen Firewood & Rental, Inc.**    Case number *(If known)* _____
　　　　　　Name

**11.**　　**Accounts receivable**

11a. 90 days old or less:　　**5,000.00**　-　　**0.00**　= ....　　**$5,000.00**
　　　　　　　　face amount　　　　doubtful or uncollectible accounts

11a. 90 days old or less:　　**0.00**　-　　**0.00**　= ....　　**$0.00**
　　　　　　　　face amount　　　　doubtful or uncollectible accounts

11b. Over 90 days old:　　**24,014.16**　-　　**0.00**　= ....　　**$24,014.16**
　　　　　　　　face amount　　　　doubtful or uncollectible accounts

11b. Over 90 days old:　　**0.00**　-　　**0.00**　= ....　　**$0.00**
　　　　　　　　face amount　　　　doubtful or uncollectible accounts

**12.**　　**Total of Part 3.**　　　　　　　　　　　　　　　　　**$29,014.16**
　　　　Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**　　**Investments**

**13. Does the debtor own any investments?**

　　■ No.  Go to Part 5.
　　☐ Yes Fill in the information below.

**Part 5:**　　**Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

　　☐ No.  Go to Part 6.
　　■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |
| Grindings | 12-31-16 | $0.00 | | $275,000.00 |
| Firewood & logs | 12-31-16 | $0.00 | | $83,500.00 |
| **22.** **Other inventory or supplies** | | | | |

**23.**　　**Total of Part 5.**　　　　　　　　　　　　　　　　　**$358,500.00**
　　　　Add lines 19 through 22.  Copy the total to line 84.

**24.**　　**Is any of the property listed in Part 5 perishable?**
　　☐ No
　　■ Yes

**25.**　　**Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com　　　　　　Best Case Bankruptcy

Debtor    **Lauritsen Firewood & Rental, Inc.**

Name

Case number *(If known)* _____

■ No

☐ Yes. Book value _____    Valuation method _____    Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

■ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** | | | |
| 29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| **95 cows @ $2,500/head** | $0.00 | | $237,500.00 |
| 30. **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| **Farm machinery & equipment** | $0.00 | | $2,646,100.00 |
| **Doyle Topshot Aggregate conveyor** | $0.00 | | $18,000.00 |
| **Slasher $19,000 & skidder $25,000** | $0.00 | | $44,000.00 |
| **Briggs & Stratton power unit & all attachments for Wagner conveyor.** | $0.00 | | $7,500.00 |
| **John Deere Forwarder** | $0.00 | | $85,000.00 |
| **Challenger MT645c tractor** | $0.00 | | $110,000.00 |
| **Challenger square baler $75,000 & Challenger MT6850 tractor $210,000** | $0.00 | | $285,000.00 |
| **2000 Lexion 465 hard header trailer** | $0.00 | | $35,000.00 |
| **Corn head & adapters** | $0.00 | | $17,000.00 |
| **Kuhn mower** | $0.00 | | $20,000.00 |
| **JD sprayer** | $0.00 | | $150,000.00 |
| **JD planter** | $0.00 | | $50,000.00 |

Debtor   **Lauritsen Firewood & Rental, Inc.**
Name

Case number *(If known)*

| | | |
|---|---|---|
| **Case Skidsteer** | $0.00 | $36,000.00 |
| **Case Skidsteer** | $0.00 | $36,000.00 |
| **2008 John Deere 703 harvester & 2008 Waratah 622 harvester head** | $0.00 | $225,000.00 |
| **Conveyor sales elevator model c32** | $0.00 | $15,000.00 |
| **2009 Vermeer H68000 grinder with attachments $350,000** <br> **2001 Talbert low boy trailer $43,000** <br> **2016 Polaris UTV $20,000** | $0.00 | $413,000.00 |
| **MXM 140 Tractor w/cab** | $0.00 | $35,000.00 |

**Case IH MX 120 tractor $30,000**
**Stalk Chopper $5,000**
**JD 467 Silage Baler $20,000**
**H&S Hay Rake $6,000**
**Grain Auger $3,000**
**Grain Auger $1,500**
**2 Gravity Boxes $1,000**
**Case 780 Disc $9,000**
**772 Brent Grain Cart $10,000**
**Vermeer Shredder $6,000**
**Block Buster Processor w/elevator $50,000**
**Lexion 465 Combine $70,000**
**F750 25' Flex Head $38,000**
**JD 980 36 1/2 w/harrow $17,000**
**Cat 924H payloader $129,000**
**13 Shank Glencoe $3,500**
**Tigercat hot saw $110,000**
**Case Truck Spreader $51,000**
**Val metal TMR Model 700 $37,000**
**JD 3430 Self Propelled Discbine $10,800**
**648G2 Skidder $35,000**                    $0.00               $642,800.00

31. **Farm and fishing supplies, chemicals, and feed**
**500 big round & square hay bales @ $45/each**
**= $22,500**
**150 straw bales @ $35/each = $5,250**                $0.00          $27,750.00

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**

Add lines 28 through 32.  Copy the total to line 85.

| |
|---|
| $5,135,650.00 |

34. **Is the debtor a member of an agricultural cooperative?**

   ■ No
   ☐ Yes.  Is any of the debtor's property stored at the cooperative?
         ☐ No
         ☐ Yes

Debtor     **Lauritsen Firewood & Rental, Inc.**                                     Case number *(If known)* _____
           Name

35.    **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____  Valuation method _____  Current Value _____

36.    **Is a depreciation schedule available for any of the property listed in Part 6?**
       ☐ No
       ■ Yes

37.    **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
       ☐ No
       ■ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture**<br>Furniture | $0.00 | | $5,000.00 |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software**<br>Office equipment | $0.00 | | $12,000.00 |
| 42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.    **Total of Part 7.**
       Add lines 39 through 42.  Copy the total to line 86.

|  |
|---|
| $17,000.00 |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Lauritsen Firewood & Rental, Inc.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 47.1. | **1997 Ford F150 (clear title)** | **$0.00** | **$1,000.00** |
| 47.2. | **2006 Ford F350 (clear title)** | **$0.00** | **$1,200.00** |
| 47.3. | **2011 Aluminator trailer** | **$0.00** | **$45,000.00** |
| 47.4. | **2007 Freightliner Century truck** | **$0.00** | **$30,000.00** |
| 47.5. | **2014 P&J 5th wheel trailer $6800 (clear title)** <br> **2004 Ford F350 $9500 (1st Nat'l Bank on title)** <br> **1998 Ford F800 $8000 (1st Nat'l Bank on title)** <br> **2005 Volvo semi truck $16,000 (1st Nat'l Bank on title)** <br> **2011 S&S Dura-Line cattle trailer $2500 (clear title)** <br> **1996 IMCO walking flr trailer $9000 (1st Nat'l Bank on title)** <br> **2002 Savage Crib trailer $21,000 (clear title)** <br> **1985 Crib trailer - homemade $18,000 (clear title)** <br> **1990 Ford dump truck $8000 (clear title)** | **$0.00** | **$98,800.00** |
| 47.6. | **2009 Freightliner semi (clear title)** | **$0.00** | **$40,000.00** |
| 47.7. | **1999 Timpte semi trailer** | **$0.00** | **$25,000.00** |
| 47.8. | **2005 Kenworth T800 semi truck VIN 1XKDDB9X55J085859 (Agstar on title)** | **$0.00** | **$37,500.00** |
| 47.9. | **2005 Kenworth T800 semi truck VIN 3WKDDB9X75F083194 (Agstar on title)** | **$0.00** | **$37,500.00** |
| 47.10. | **1995 Wabash walking floor trailer (Agstar on title)** | **$0.00** | **$21,000.00** |
| 47.11. | **2000 Trailmobile walking floor trailer VIN 1PT01ABH5Y9016157 (Agstar on title)** | **$0.00** | **$35,000.00** |
| 47.12. | **2000 Trailmobile semi-trailer VIN 1PT01ABH7Y9016158 (clear title)** | **$0.00** | **$35,000.00** |
| 47.13. | **2001 Talbert Mfg Inc. VIN40FSK524911020613 (Agstar on title)** | **$0.00** | **$43,000.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

Debtor    **Lauritsen Firewood & Rental, Inc.**             Case number *(If known)* _____
     Name

49.     **Aircraft and accessories**

50.     **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.     **Total of Part 8.**                               **$450,000.00**

        Add lines 47 through 50.  Copy the total to line 87.

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☐ No
     ☒ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

**Part 9:**     **Real property**

**54. Does the debtor own or lease any real property?**

     ☐ No.  Go to Part 10.
     ☒ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Southwest 40 acres of pasture & crop land at 2606 250th Ave., Cushing, WI, Polk County (046-00853-0000) *Real estate taxes *Mtge to Hiawatha Nat'l Bank dated 4-26-12, recorded 4-30-12 doc #795447, Polk Co. ($214,000) *2d Mtge to Hiawatha Nat'l Bank dated 5-21-12, recorded 5-29-12 doc #796506, Polk Co. ($271,350) *3d Mtge to Hiawatha Nat'l Bank dated 11-2-12, recorded 11-19-12 doc #803051, Polk Co. ($461,000)** | Owner | $0.00 | Tax records | $27,300.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

| Debtor | **Lauritsen Firewood & Rental, Inc.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 55.2. | **Northeast 40 acres of pasture & crop land at 2606 250th Ave., Cushing, WI, Polk County (046-00868-0000) *Real estate taxes *Mtge to Hiawatha Nat'l Bank dated 9-29-14, recorded 10-10-14 doc #824097, Polk Co.** | Owner | | $0.00 | Tax records | $10,700.00 |
| 55.3. | **Northwest 33.8 acres of pasture & crop land at 2606 250th Ave., Cushing, WI, Polk County (046-00852-0000) *Real estate taxes *Mtge to Hiawatha Nat'l Bank dated 4-26-12, recorded 4-30-12 doc #795447, Polk Co. ($214,000) *2d Mtge to Hiawatha Nat'l Bank dated 5-21-12, recorded 5-29-12 doc #796506, Polk Co. ($271,350) *3d Mtge to Hiawatha Nat'l Bank dated 11-2-12, recorded 11-19-12 doc #803051, Polk Co. ($461,000)** | Owner | | $0.00 | Tax records | $6,400.00 |
| 55.4. | **Northwest 40 acres of pasture & crop land at 2606 250th Ave., Cushing, WI, Polk County (046-00869-0000) *Mtge to Hiawatha Nat'l Bank dated 9-29-14, recorded 10-10-14, doc #824097, Polk Co. ($599,000)** | Owner | | $0.00 | Tax records | $4,100.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Lauritsen Firewood & Rental, Inc.** | | Case number *(If known)* | |
|--------|----------------|--|--------------|--|
| | Name | | | |

| | | | | | | |
|--|--|--|--|--|--|--|
| 55.5. | **Derek Lauritsen's residence & 39.65 acres at 2565 150th Ave., Cushing, WI, Polk Co. (046-00646-0000) *Real estate taxes *Mtge to Hiawatha Nat'l Bank dated 9-29-14, recorded 10-10-14, doc #824097, Polk Co. ($599,000)** | Owner | | $0.00 | Tax records | $276,200.00 |
| 55.6. | **Andrew Lauritsen's residence & 20 acres at 2587 250th Ave., Cushing, WI, Polk Co. (046-00645-1000) *Real estate taxes *Mtge to Hiawatha Nat'l Bank dated 9-29-14, recorded 10-10-14 doc #824098, Polk Co. ($222,636.49)** | Owner | | $0.00 | Tax records | $296,500.00 |
| 55.7. | **Farmland, shed, & .35 acres at 2567 250th Ave., Cushing, WI, Polk Co. (046-00656-0100) *Mtge to Hiawatha Nat'l Bank dated 9-29-14, recorded 10-10-14, doc #824097, Polk Co. ($599,000)** | Owner | | $0.00 | Tax records | $8,500.00 |
| 55.8. | **Field, pasture, & 40 acres at 26-36N-19W NE SW between Derek's & Andrew's houses, Polk Co. (046-00643-0000) *Mtge to Hiawatha Nat'l Bank dated 9-29-14, recorded 10-10-14, doc #824097, Polk Co. ($599,000)** | Owner | | $0.00 | Tax records | $5,300.00 |

Debtor    **Lauritsen Firewood & Rental, Inc.**    Case number *(If known)* _____
Name

| 55.9. | **Crop land, pasture, & 40 acres at 26-36N-19W NW SW between Derek's & Andrew's houses (046-00644-0000) *Mtge to Hiawatha Nat'l Bank dated 9-29-14, recorded 10-10-14, doc #824097, Polk Co. ($599,000)** | Owner | $0.00 | Tax records | $5,700.00 |
|---|---|---|---|---|---|
| 55.10. | **Crop land, pasture, & 20 acres at 26-36N-19W SW SW between Derek's & Andrew's houses (046-00645-0000) *Mtge to Hiawatha Nat'l Bank dated 9-29-14, recorded 10-10-14, doc #824097, Polk Co. ($599,000)** | Owner | $0.00 | Tax records | $3,800.00 |

| 56. | **Total of Part 9.** | $644,500.00 |
|---|---|---|

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Lauritsen Firewood & Rental, Inc.**                          Case number *(If known)* _____
      Name

Description (for example, federal, state, local)

**Federal tax refund**                                          Tax year **2014**                    **$33,339.00**

| | |
|---|---|
| 73. | **Interests in insurance policies or annuities** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

78.   **Total of Part 11.**                                                        **$33,339.00**

Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Lauritsen Firewood & Rental, Inc.**                                    Case number *(If known)* _____
       Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,139.64 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $29,014.16 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $358,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $5,135,650.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $17,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $450,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $644,500.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $33,339.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,026,642.80 | + 91b. $644,500.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $6,671,142.80 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Lauritsen Firewood & Rental, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WISCONSIN

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A | Column B |
| --- | --- | --- | --- | --- |
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

| 2.1 | **AgCo Finance** | Describe debtor's property that is subject to a lien | $73,434.27 | $110,000.00 |
| --- | --- | --- | --- | --- |

**2.1** **AgCo Finance**
Creditor's Name

**Attn: Pres,Prtnr,Mmbr**
**P.O. Box 2000**
**Johnston, IA 50131**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3-15-16, 5-14-12**
**Last 4 digits of account number**
**0UCC**
Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Challenger MT645c tractor & Challenger LB33B square baler**
**UCCs 160002368625, 120006559025**

**Describe the lien**
**Security Agreement - UCC**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **AgCo Finance** | Describe debtor's property that is subject to a lien | $124,601.84 | $285,000.00 |
| --- | --- | --- | --- | --- |

**2.2** **AgCo Finance**
Creditor's Name

**Attn: Pres,Prtnr,Mmbr**
**P.O. Box 2000**
**Johnston, IA 50131**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3-15-16**
**Last 4 digits of account number**
**0UCC**
Do multiple creditors have an interest in the same property?

**Describe debtor's property that is subject to a lien**
**Challenger square baler & Challenger MT6850 tractor**
**UCCs 160002368625, 130007542018**

**Describe the lien**
**Security Agreement - UCC**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Lauritsen Firewood & Rental, Inc.**
_____
Name

Case number (if know) _____

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.3 | **Agstar Financial Services, ACA** | | | $12,094.99 | $30,000.00 |
|-----|------|------|------|------|------|

Creditor's Name

**Attn: Pres,Prtnr,Mmbr**
**P.O. Box 7438**
**7540 Airport View Dr. SW**
**Rochester, MN 55903-7438**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2007 Freightliner Century truck**

Describe the lien
**Lease Agreement**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
**10-5-15**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
**7001**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Agstar Financial Services, ACA** | | | $21,675.39 | $37,500.00 |
|-----|------|------|------|------|------|

Creditor's Name

**Attn: Pres,Prtnr,Mmbr**
**P.O. Box 7438**
**7540 Airport View Dr. SW**
**Rochester, MN 55903-7438**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2005 Kenworth T800 semi truck**

Describe the lien
**Security Agreement**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
**11-1-15**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
**7003**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Agstar Financial Services, ACA** | | | $21,675.39 | $37,500.00 |
|-----|------|------|------|------|------|

Describe debtor's property that is subject to a lien

---

| Debtor | **Lauritsen Firewood & Rental, Inc.** | Case number (if know) | |
| | Name | | |

---

Creditor's Name

**Attn: Pres,Prtnr,Mmbr**
**P.O. Box 7438**
**7540 Airport View Dr. SW**
**Rochester, MN 55903-7438**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11-1-15**
**Last 4 digits of account number**
**7004**

Do multiple creditors have an
interest in the same property?

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**2005 Kenworth T800 semi truck**

**Describe the lien**
**Security Agreement**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Agstar Financial Services,** | | $17,446.54 | $21,000.00 |
| | **ACA** | | | |

Creditor's Name

**Attn: Pres,Prtnr,Mmbr**
**P.O. Box 7438**
**7540 Airport View Dr. SW**
**Rochester, MN 55903-7438**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12-1-15**
**Last 4 digits of account number**
**7007**

Do multiple creditors have an
interest in the same property?

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**1995 Wabash walking floor trailer**

**Describe the lien**
**Security Agreement**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Agstar Financial Services,** | | $26,164.75 | $35,000.00 |
| | **ACA** | | | |

Creditor's Name

**Attn: Pres,Prtnr,Mmbr**
**P.O. Box 7438**
**7540 Airport View Dr. SW**
**Rochester, MN 55903-7438**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Describe debtor's property that is subject to a lien
**2000 Trailmobile walking floor trailer VIN**
**1PT01ABH5Y9016157**

**Describe the lien**
**Security Agreement**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page  3 of 22

Debtor    **Lauritsen Firewood & Rental, Inc.**
_____
Name

Case number (if know) _____

---

**12-1-15**
**Last 4 digits of account number**
**7006**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Agstar Financial Services, ACA** | | |
|---|---|---|---|

Creditor's Name

**Attn: Pres,Prtnr,Mmbr**
**P.O. Box 7438**
**7540 Airport View Dr. SW**
**Rochester, MN 55903-7438**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**1-22-15**
**Last 4 digits of account number**
**0UCC**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Agstar Financial Services, ACA**
**2. Scalzo Enterprises**

**Describe debtor's property that is subject to a lien**
John Deere Forwarder
UCC 150000945927

**Describe the lien**
**Security Agreement - UCC**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$49,282.78        $85,000.00

---

| 2.9 | **Agstar Financial Services, ACA** | | |
|---|---|---|---|

Creditor's Name

**Attn: Pres,Prtnr,Mmbr**
**P.O. Box 7438**
**7540 Airport View Dr. SW**
**Rochester, MN 55903-7438**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**5-29-14**
**Last 4 digits of account number**
**0UCC**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2008 John Deere 703 harvester & 2008
Waratha 622 harvester head
UCC 140007349023

**Describe the lien**
**Security Agreement - UCC**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$81,946.06        $225,000.00

---

Debtor    **Lauritsen Firewood & Rental, Inc.**

Name

Case number *(if know)*

---

| 2.1 0 | **Agstar Financial Services, ACA** | | |
|---|---|---|---|

Creditor's Name

**Attn: Pres,Prtnr,Mmbr
P.O. Box 7438
7540 Airport View Dr. SW
Rochester, MN 55903-7438**

Creditor's mailing address

Describe debtor's property that is subject to a lien

**Conveyor sales elevator model c32
UCC 160000605516**

$13,191.21          $15,000.00

Creditor's email address, if known

Describe the lien

**Security Agreement - UCC**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**1-11-16**

**Last 4 digits of account number**

**0UCC**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 1 | **Agstar Financial Services, ACA** | | |
|---|---|---|---|

Creditor's Name

**Attn: Pres,Prtnr,Mmbr
P.O. Box 7438
7540 Airport View Dr. SW
Rochester, MN 55903-7438**

Creditor's mailing address

Describe debtor's property that is subject to a lien

**2009 Vermeer H68000 grinder w/attachments
(NPMSI)
2001 Talbert Lowboy (PMSI)
2016 Polaris 1000 UTV w/acces. (NPMSI)**

$172,730.87          $413,000.00

Creditor's email address, if known

Describe the lien

**Security Agreement - UCC**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**4-21-16 & UCC 4-27-16**

**Last 4 digits of account number**

**9224**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Agstar Financial Services, ACA
2. RDO Equipment Co.**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 2 | **Agstar Financial Services, ACA** | | |
|---|---|---|---|

Creditor's Name

**Attn: Pres,Prtnr,Mmbr
P.O. Box 7438
7540 Airport View Dr. SW
Rochester, MN 55903-7438**

Creditor's mailing address

Describe debtor's property that is subject to a lien

**2000 Trailmobile walking floor trailer**

$26,164.75          $9,000.00

Describe the lien

**Lease agreement**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 22

Debtor    **Lauritsen Firewood & Rental, Inc.**    Case number (if know) _____
      Name

Creditor's email address, if known

**Date debt was incurred**
**12-1-15**
**Last 4 digits of account number**
**7005**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Agstar Financial Services, ACA** | | $26,854.16 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name
**Attn: Pres,Prtnr,Mmbr**
**P.O. Box 7438**
**7540 Airport View Dr. SW**
**Rochester, MN 55903-7438**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**8-12-15**
**Last 4 digits of account number**
**7002**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2009 Freightliner semi**

**Describe the lien**
**Lease agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Agstar Financial Services, ACA** | | $3,412.92 | $7,500.00 |
|---|---|---|---|---|

Creditor's Name
**Attn: Pres,Prtnr,Mmbr**
**P.O. Box 7438**
**7540 Airport View Dr. SW**
**Rochester, MN 55903-7438**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**7-1-16**
**Last 4 digits of account number**
**0UCC**
**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Briggs & Stratton power unit & all attachments for Wagner conveyor.**
**UCC 160008853933**

**Describe the lien**
**Security Agreement - UCC**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor **Lauritsen Firewood & Rental, Inc.**                                    Case number (if know) _____
_____
Name

☐ No                              ☐ Contingent
■ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.
**1. Hiawatha National Bank**
**2. Agstar Financial**
**Services, ACA**

---

| 2.1 5 | | |
|---|---|---|

**Batavia Leasing**                Describe debtor's property that is subject to a lien          $17,600.00          $35,000.00
Creditor's Name                    **2000 Lexion 465 hard header trailer**

**Attn: Pres,Prtnr,Mmbr**
**210 S. 5th St., Ste. 105**
**Saint Charles, IL 60174**
Creditor's mailing address         Describe the lien
                                   **Security Agreement**
                                   **Is the creditor an insider or related party?**
                                   ■ No
Creditor's email address, if known ☐ Yes
                                   **Is anyone else liable on this claim?**
**Date debt was incurred**         ■ No
**11-20-15**                       ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**0630**
**Do multiple creditors have an**   **As of the petition filing date, the claim is:**
**interest in the same property?**  Check all that apply
■ No                               ☐ Contingent
☐ Yes. Specify each creditor,      ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.1 6 | | |
|---|---|---|

**Batavia Leasing**                Describe debtor's property that is subject to a lien          $12,300.00          $17,000.00
Creditor's Name                    **Corn head & adapters**
                                   **UCCs 110013670724, 160014588531**
**Attn: Pres,Prtnr,Mmbr**
**210 S. 5th St., Ste. 105**
**Saint Charles, IL 60174**
Creditor's mailing address         Describe the lien
                                   **Lease agreement - UCCs**
                                   **Is the creditor an insider or related party?**
                                   ■ No
Creditor's email address, if known ☐ Yes
                                   **Is anyone else liable on this claim?**
**Date debt was incurred**         ■ No
**11-7-11**                        ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**0640,UCCs**
**Do multiple creditors have an**   **As of the petition filing date, the claim is:**
**interest in the same property?**  Check all that apply
■ No                               ☐ Contingent
☐ Yes. Specify each creditor,      ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.1 7 | | |
|---|---|---|

**Batavia Leasing**                Describe debtor's property that is subject to a lien          $5,355.00          $20,000.00
Creditor's Name                    **Kuhn mower**
                                   **UCCs 120002460921, 170002284723**
**Attn: Pres,Prtnr,Mmbr**
**210 S. 5th St., Ste. 105**
**Saint Charles, IL 60174**

---

Debtor    **Lauritsen Firewood & Rental, Inc.**

Name    Case number (if know) _____

---

Creditor's mailing address

| Describe the lien |
| --- |
| **Security Agreement - UCCs** |

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

**2-24-12**

■ No

Last 4 digits of account number

**1110,UCCs**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.1 8 | **Batavia Leasing** | Describe debtor's property that is subject to a lien | $174,895.00 | $150,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**Attn: Pres,Prtnr,Mmbr
210 S. 5th St., Ste. 105
Saint Charles, IL 60174**

**JD sprayer
UCC 150009890430**

Creditor's mailing address

| Describe the lien |
| --- |
| **Lease agreement - UCC** |

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

**8-4-15**

■ No

Last 4 digits of account number

**0UCC**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.1 9 | **Batavia Leasing** | Describe debtor's property that is subject to a lien | $57,719.00 | $50,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**Attn: Pres,Prtnr,Mmbr
210 S. 5th St., Ste. 105
Saint Charles, IL 60174**

**JD planter
UCC 160011882828**

Creditor's mailing address

| Describe the lien |
| --- |
| **Lease agreement & UCC** |

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

**9-21-15**

■ No

Last 4 digits of account number

**0UCC**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Lauritsen Firewood & Rental, Inc.**
    Name                                               Case number (if know)

---

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.20 | **Batavia Leasing** | Describe debtor's property that is subject to a lien | $52,834.00 | $36,000.00 |

Creditor's Name

**Attn: Pres,Prtnr,Mmbr
210 S. 5th St., Ste. 105
Saint Charles, IL 60174**

Creditor's mailing address

**Case Skidsteer
UCC 160000798024**

Describe the lien
**Lease agreement & UCC**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**1-19-16**
Last 4 digits of account number
**0UCC**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.21 | **Batavia Leasing** | Describe debtor's property that is subject to a lien | $44,682.00 | $36,000.00 |

Creditor's Name

**Attn: Pres,Prtnr,Mmbr
210 S. 5th St., Ste. 105
Saint Charles, IL 60174**

Creditor's mailing address

**Case Skidsteer
UCC 160000798226**

Describe the lien
**Lease agreement - UCC**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**1-19-16**
Last 4 digits of account number
**0UCC**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.22 | **Batavia Leasing** | Describe debtor's property that is subject to a lien | $0.00 | $35,000.00 |

Creditor's Name

**Attn: Pres,Prtnr,Mmbr
210 S. 5th St., Ste. 105
Saint Charles, IL 60174**

Creditor's mailing address

**MXM 140 Tractor w/cab
UCCs 080003690321, 130003235922
*Paid off but not formally satified.**

Describe the lien
**Lease Agreement - UCC**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Lauritsen Firewood & Rental, Inc.**
_____    Case number (if known) _____
Name

Creditor's email address, if known
_____

**Date debt was incurred**
**3-17-08**
**Last 4 digits of account number**
**UCC**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.2 3 | **First National Bank** | Describe debtor's property that is subject to a lien | **$0.00** | **$16,000.00** |
|---|---|---|---|---|

Creditor's Name

**Attn: Pres,Prtnr,Mmbr**
**621 2nd St.**
**P.O. Box 24**
**Chetek, WI 54728**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2-3-17**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2005 Volvo semi truck**

**Describe the lien**
**Security Agreement**
**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 4 | **First National Bank** | Describe debtor's property that is subject to a lien | **$76,472.10** | **$98,800.00** |
|---|---|---|---|---|

Creditor's Name

**Attn: Pres,Prtnr,Mmbr**
**621 2nd St.**
**P.O. Box 24**
**Chetek, WI 54728**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2017**
**Last 4 digits of account number**
**many**

**14 P&J 5th wh trlr $6800, 04 Ford F350 $9500**
**98 Ford F800 $8000, 05 Volvo semi truck**
**$16,000**
**11 S&S Dura-Line cattle trlr $2500**
**96 IMCO walking flr trlr $9000**
**02 Savage Crib trlr $21,000, 85 Crib trlr**
**$18,000**

**Describe the lien**
**Security Agreement, LOC, & Prom. Note for**
**stumpage**
**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Lauritsen Firewood & Rental, Inc.**

Name

Case number (if know)

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | | | | |
|---|---|---|---|---|

**Hiawatha National Bank**

Creditor's Name

**Attn: Pres,Prtnr,Mmbr
220 E. Oak St.
P.O. Box 338
Glenwood City, WI 54013**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
5-1-15**

**Last 4 digits of account number
6393**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Polk County Treasurer
2. Hiawatha National Bank**

Describe debtor's property that is subject to a lien
**Southwest 40 acres of pasture & crop land at 2606 250th Ave., Cushing, WI, Polk County
*Debt includes 3 add'l parcels at 2606 250th Ave., Cushing, listed on Sched A.**

**Describe the lien
Mortgage**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$179,768.61          $27,300.00

---

| 2.2 6 | | | | |
|---|---|---|---|---|

**Hiawatha National Bank**

Creditor's Name

**Attn: Pres,Prtnr,Mmbr
220 E. Oak St.
P.O. Box 338
Glenwood City, WI 54013**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
5-1-15**

**Last 4 digits of account number
7451**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Polk County Treasurer
2. Hiawatha National Bank**

Describe debtor's property that is subject to a lien
**Northeast 40 acres of pasture & crop land at 2606 250th Ave., Cushing, WI, Polk County*
Debt includes 3 add'l parcels at 2606 250th Ave., Cushing, listed on Sched A, and logging equipment.**

**Describe the lien
Mortgage**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$315,837.79          $10,700.00

---

Debtor    **Lauritsen Firewood & Rental, Inc.**

Name

Case number (if know)

---

| 2.2 7 | **Hiawatha National Bank** | Describe debtor's property that is subject to a lien | $306,960.75 | $6,400.00 |

Creditor's Name

**Northwest 33.8 acres of pasture & crop land at 2606 250th Ave., Cushing, WI, Polk County* Debt includes 3 add'l parcels at 2606 250th Ave., Cushing, listed on Sched A, and Sterling property.**

**Attn: Pres,Prtnr,Mmbr
220 E. Oak St.
P.O. Box 338
Glenwood City, WI 54013**

Creditor's mailing address

**Describe the lien
Mortgage**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

**5-1-15**

Last 4 digits of account number

**6567**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Polk County Treasurer
2. Hiawatha National Bank**

---

| 2.2 8 | **Hiawatha National Bank** | Describe debtor's property that is subject to a lien | $390,573.65 | $4,100.00 |

Creditor's Name

**Northwest 40 acres of pasture & crop land at 2606 250th Ave., Cushing, WI, Polk County* Debt includes 3 add'l parcels at 2606 250th Ave., Cushing, listed on Sched A, & farm equipment.**

**Attn: Pres,Prtnr,Mmbr
220 E. Oak St.
P.O. Box 338
Glenwood City, WI 54013**

Creditor's mailing address

**Describe the lien
Mortgage**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

**5-1-15**

Last 4 digits of account number

**8249**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 9 | **Hiawatha National Bank** | Describe debtor's property that is subject to a lien | $15,909.71 | $237,500.00 |

Creditor's Name

**95 cows @ $2,500/head (& machinery on Sched B)**

**Attn: Pres,Prtnr,Mmbr
220 E. Oak St.
P.O. Box 338
Glenwood City, WI 54013**

Creditor's mailing address

**Describe the lien
Security Agreement**

---

Debtor    **Lauritsen Firewood & Rental, Inc.**
Name

Case number (if know)

---

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5-27-16**

**Last 4 digits of account number**
**6829**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Hiawatha National Bank**
**2. Hiawatha National Bank**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 0 | **Hiawatha National Bank** | **Describe debtor's property that is subject to a lien** | $11,363.09 | $18,000.00 |

Creditor's Name
**Attn: Pres,Prtnr,Mmbr**
**220 E. Oak St.**
**P.O. Box 338**
**Glenwood City, WI 54013**
Creditor's mailing address

**Doyle Topshot Aggregate conveyor**
**UCC 130014765427**

**Describe the lien**
**Security Agreement - UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11-7-13**

**Last 4 digits of account number**
**1UCC**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 1 | **Hiawatha National Bank** | **Describe debtor's property that is subject to a lien** | $0.00 | $237,500.00 |

Creditor's Name
**Attn: Pres,Prtnr,Mmbr**
**220 E. Oak St.**
**P.O. Box 338**
**Glenwood City, WI 54013**
Creditor's mailing address

**95 cows @ $2,500/head**

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11-7-13**

**Last 4 digits of account number**
**7001**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 13 of 22

| Debtor | **Lauritsen Firewood & Rental, Inc.** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.29**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 2 | **Hiawatha National Bank** | **Describe debtor's property that is subject to a lien** | $630,610.55 | $276,200.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Pres,Prtnr,Mmbr
220 E. Oak St.
P.O. Box 338
Glenwood City, WI 54013**

Creditor's mailing address

**Derek Lauritsen's residence & 39.65 acres at 2565 150th Ave., Cushing, WI, Polk Co.**

**Describe the lien**
**Mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9-24-14**
**Last 4 digits of account number**
**7377**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Polk County Treasurer
2. Hiawatha National Bank**

---

| 2.3 3 | **Hiawatha National Bank** | **Describe debtor's property that is subject to a lien** | $224,398.65 | $296,500.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Pres,Prtnr,Mmbr
220 E. Oak St.
P.O. Box 338
Glenwood City, WI 54013**

Creditor's mailing address

**Andrew Lauritsen's residence & 20 acres at 2587 250th Ave., Cushing, WI, Polk Co.**

**Describe the lien**
**Mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12-23-15**
**Last 4 digits of account number**
**7378**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Polk County Treasurer
2. Hiawatha National Bank**

---

| 2.3 4 | **Hiawatha National Bank** | **Describe debtor's property that is subject to a lien** | $27,494.18 | $2,646,100.00 |
|---|---|---|---|---|

Debtor **Lauritsen Firewood & Rental, Inc.**

Name

Case number (if known) _____

| | |
|---|---|
| Creditor's Name | **Farm machinery, equipment, & crops** |
| **Attn: Pres,Prtnr,Mmbr** | **UCC 6-2-16, 12-10-14, 2-6-13, 11-8-12, 6-8-15** |
| **220 E. Oak St.** | **UCCs 160007394730, 140015914828,** |
| **P.O. Box 338** | **130001709724, 120014435825, 150007350116** |
| **Glenwood City, WI 54013** | |

Creditor's mailing address

Describe the lien
**Security Agreement - UCCs**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**5-27-16**

Last 4 digits of account number
**8250**

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 5 | **Hiawatha National Bank** | Describe debtor's property that is subject to a lien | $0.00 | $44,000.00 |
|---|---|---|---|---|

Creditor's Name
**Attn: Pres,Prtnr,Mmbr**
**220 E. Oak St.**
**P.O. Box 338**
**Glenwood City, WI 54013**

**Slasher & skidder**
***Included in $315,837.79 Hiawatha debt.**
***Add'l collateral at 2606 250th Ave. included with this debt.**

Creditor's mailing address

Describe the lien
**Security Agreement**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**12-4-14**

Last 4 digits of account number
**7451**

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 6 | **Hiawatha National Bank** | Describe debtor's property that is subject to a lien | $3,412.92 | $7,500.00 |
|---|---|---|---|---|

Creditor's Name
**Attn: Pres,Prtnr,Mmbr**
**220 E. Oak St.**
**P.O. Box 338**
**Glenwood City, WI 54013**

**Briggs & Stratton power unit & all attachments for Wagner conveyor.**

Creditor's mailing address

Describe the lien
**Security Agreement**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

Date debt was incurred

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 15 of 22

Debtor    **Lauritsen Firewood & Rental, Inc.**
_____
Name

Case number (if know) _____

**6-23-16**
_____
**Last 4 digits of account number**
**5300**
_____
**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.14**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 7 | **Hiawatha National Bank** |
|---|---|

Creditor's Name

**Attn: Pres,Prtnr,Mmbr**
**220 E. Oak St.**
**P.O. Box 338**
**Glenwood City, WI 54013**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**11-14-12**
_____
**Last 4 digits of account number**
**UCC**
_____
**Do multiple creditors have an interest in the same property?**
■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Grindings**
**UCC 120014654222**

**Describe the lien**
**Security Agreement - UCC**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          $275,000.00

---

| 2.3 8 | **Hiawatha National Bank** |
|---|---|

Creditor's Name

**Attn: Pres,Prtnr,Mmbr**
**220 E. Oak St.**
**P.O. Box 338**
**Glenwood City, WI 54013**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**11-14-12**
_____
**Last 4 digits of account number**
**UCC**
_____
**Do multiple creditors have an interest in the same property?**
■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Firewood & logs**
**UCC 120014654222**

**Describe the lien**
**Security Agreement - UCC**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          $83,500.00

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Lauritsen Firewood & Rental, Inc.** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

| 2.3 9 | **Hiawatha National Bank** | Describe debtor's property that is subject to a lien | $0.00 | $8,500.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Pres,Prtnr,Mmbr
220 E. Oak St.
P.O. Box 338
Glenwood City, WI 54013**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
10-10-14
Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien
Farmland, shed, & .35 acres at 2567 250th Ave., Cushing, WI, Polk Co. (046-00656-0100)**

**Describe the lien
Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 0 | **Hiawatha National Bank** | Describe debtor's property that is subject to a lien | $0.00 | $5,300.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Pres,Prtnr,Mmbr
220 E. Oak St.
P.O. Box 338
Glenwood City, WI 54013**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
10-10-14
Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien
Field, pasture, & 40 acres at 26-36N-19W NE SW between Derek's & Andrew's houses, Polk Co. (046-00643-0000)**

**Describe the lien
Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 1 | **Hiawatha National Bank** | Describe debtor's property that is subject to a lien | $0.00 | $5,700.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Pres,Prtnr,Mmbr
220 E. Oak St.
P.O. Box 338
Glenwood City, WI 54013**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien
Crop land, pasture, & 40 acres at 26-36N-19W NW SW between Derek's & Andrew's houses (046-00644-0000)**

**Describe the lien
Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

---

| Debtor | **Lauritsen Firewood & Rental, Inc.** | Case number (if know) | |
| | Name | | |

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10-10-14**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 2 | **Hiawatha National Bank** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$3,800.00** |
| | Creditor's Name | **Crop land, pasture, & 20 acres at 26-36N-19W** | | |
| | **Attn: Pres,Prtnr,Mmbr** | **SW SW between Derek's & Andrew's houses** | | |
| | **220 E. Oak St.** | **(046-00645-0000)** | | |
| | **P.O. Box 338** | | | |
| | **Glenwood City, WI 54013** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Mortgage** | | |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10-10-14**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 3 | **Mastell Brothers Trailer Service, Inc.** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$25,000.00** |
| | Creditor's Name | **1999 Timpte semi trailer** | | |
| | **Attn: Pres,Prtnr,Mmbr** | **Disputed because debt is paid but UCC not** | | |
| | **14636 Lake Dr. NE** | **formally satisfied.** | | |
| | **Forest Lake, MN** | | | |
| | **55025-8607** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Security Agreement** | | |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No

☐ Contingent
☐ Unliquidated
■ Disputed

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

Debtor   **Lauritsen Firewood & Rental, Inc.**                    Case number (if know) _____
         Name

---

| 2.4 4 | **Polk County Treasurer** | Describe debtor's property that is subject to a lien | $226.38 | $27,300.00 |

Creditor's Name

**Courthouse**
**100 Polk County Plaza**
**Balsam Lake, WI 54810**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2016**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.25**

**Southwest 40 acres of pasture & crop land at 2606 250th Ave., Cushing, WI, Polk County (046-00853-0000)**

**Describe the lien**
**Real estate taxes**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 5 | **Polk County Treasurer** | Describe debtor's property that is subject to a lien | $88.73 | $10,700.00 |

Creditor's Name

**Courthouse**
**100 Polk County Plaza**
**Balsam Lake, WI 54810**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2016**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.26**

**Northeast 40 acres of pasture & crop land at 2606 250th Ave., Cushing, WI, Polk County (046-00868-0000)**

**Describe the lien**
**Real estate taxes**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 6 | **Polk County Treasurer** | Describe debtor's property that is subject to a lien | $53.06 | $6,400.00 |

Creditor's Name

**Courthouse**
**100 Polk County Plaza**
**Balsam Lake, WI 54810**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Northwest 33.8 acres of pasture & crop land at 2606 250th Ave., Cushing, WI, Polk County (046-00852-0000)**

**Describe the lien**
**Real estate taxes**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor **Lauritsen Firewood & Rental, Inc.**
_____
Name

Case number (if know) _____

**2016**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.27**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.47 | **Polk County Treasurer** | | $2,257.65 | $276,200.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**Derek Lauritsen's residence & 39.65 acres at 2565 150th Ave., Cushing, WI, Polk Co. (046-00646-0000)**
***Mtge to Hiawatha Nat'l Bank**
***2d mtge to Hiawatha Nat'l Bank**

**Courthouse**
**100 Polk County Plaza**
**Balsam Lake, WI 54810**

Creditor's mailing address

Describe the lien
**Real estate taxes**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.32**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.48 | **Polk County Treasurer** | | $2,425.99 | $296,500.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**Andrew Lauritsen's residence & 20 acres at 2587 250th Ave., Cushing, WI, Polk Co. (046-00645-1000)**
***Mtge to Hiawatha Nat'l Bank**
***2d mtge to Hiawatha Nat'l Bank**

**Courthouse**
**100 Polk County Plaza**
**Balsam Lake, WI 54810**

Creditor's mailing address

Describe the lien
**Real estate taxes**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.33**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | **Lauritsen Firewood & Rental, Inc.** | Case number (if know) |
|---|---|---|
| | Name | |

---

**2.4 9**

**RDO Equipment Co.**
Creditor's Name

**Attn: Pres,Prtnr,Mmbr**
**700 7th St. South**
**Fargo, ND 58103**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**4-4-16**
Last 4 digits of account number
**3416**
Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.11**

Describe debtor's property that is subject to a lien
**2009 Vermeer H68000 grinder with attachments**
***Disputed because debt is paid but UCC not formally satisfied.**

Describe the lien
**Security Agreement - UCC**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**$0.00**          **$413,000.00**

---

**2.5 0**

**Scalzo Enterprises**
Creditor's Name

**Attn: Pres,Prtnr,Mmbr**
**N5404 Mann Road**
**Spooner, WI 54801**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**7-7-14**
Last 4 digits of account number
**UCC**
Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.8**

Describe debtor's property that is subject to a lien
**John Deere Forwarder**
**UCC 140008919936**
**Disputed because debt is paid but UCC not formally satisfied.**

Describe the lien
**Security Agreement - UCC**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**$0.00**          **$85,000.00**

---

**2.5 1**

**TCF Equipment Finance, Inc.**
Creditor's Name
**Attn: Pres,Prtnr,Mmbr**
**11100 Wayzata Blvd. Ste. 801**
**Hopkins, MN 55305-5503**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2011 Aluminator trailer**

Describe the lien
**Security Agreement**
Is the creditor an insider or related party?
■ No

**$37,022.27**          **$45,000.00**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 21 of 22

Debtor    **Lauritsen Firewood & Rental, Inc.**
_____    Case number (if know) _____
Name

_____
Creditor's email address, if known

□ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**6-3-14**                                  ■ No
**Last 4 digits of account number**         □ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**7300**
**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
                                            □ Contingent
■ No                                        □ Unliquidated
□ Yes. Specify each creditor,               □ Disputed
including this creditor and its relative
priority.
_____

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $3,260,937.0 0 |

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Polk County Corp Counsel (real estate)**<br>**100 Judicial Center**<br>**1005 W. Main St.**<br>**Balsam Lake, WI 54810** | Line   **2.44** | |
| **Polk County Corp Counsel (real estate)**<br>**100 Judicial Center**<br>**1005 W. Main St.**<br>**Balsam Lake, WI 54810** | Line   **2.45** | |
| **Polk County Corp Counsel (real estate)**<br>**100 Judicial Center**<br>**1005 W. Main St.**<br>**Balsam Lake, WI 54810** | Line   **2.46** | |
| **Polk County Corp Counsel (real estate)**<br>**100 Judicial Center**<br>**1005 W. Main St.**<br>**Balsam Lake, WI 54810** | Line   **2.47** | |
| **Polk County Corp Counsel (real estate)**<br>**100 Judicial Center**<br>**1005 W. Main St.**<br>**Balsam Lake, WI 54810** | Line   **2.48** | |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Lauritsen Firewood & Rental, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WISCONSIN

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$19,514.56** | **$19,514.56** |
| | **IRS** | *Check all that apply.* | | |
| | **P.O. Box 804522** | ☐ Contingent | | |
| | **Cincinnati, OH 45280** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2016** | **941 withholding** | | |
| | Last 4 digits of account number **8553** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,244.97** | **$4,244.97** |
| | **IRS** | *Check all that apply.* | | |
| | **P.O. Box 804522** | ☐ Contingent | | |
| | **Cincinnati, OH 45280** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **4-2017** | **941 withholding 1st quarter** | | |
| | Last 4 digits of account number **8553** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

| Debtor | **Lauritsen Firewood & Rental, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,361.13 | $4,361.13 |
|---|---|---|---|---|

**WI Dept of Revenue**
**Special Procedures Unit**
**P.O. Box 8901**
**Madison, WI 53708-8901**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2016** | **Withholding taxes** |

Last 4 digits of account number **5203**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,044.85 | $1,044.85 |
|---|---|---|---|---|

**WI Dept of Revenue**
**Special Procedures Unit**
**P.O. Box 8901**
**Madison, WI 53708-8901**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2017** | **Withholding taxes** |

Last 4 digits of account number **5203**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,225.05 |
|---|---|---|---|

**ADM Crop Risk Services**
**Attn: Pres,Prtnr,Mmbr**
**Box 1470**
**Decatur, IL 62525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Crop insurance**

Date(s) debt was incurred  **8-15-16**

Last 4 digits of account number  **3123**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CSC Inc. (Corporation Service Company)**
**c/o Secured Lender Solutions**
**P.O. Box 2576**
**Springfield, IL 62708**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **UCC filing for any & all assets of debtor.**
**Disputed because debtor does not know the origin or validity of this**
**debt.**

Date(s) debt was incurred  **7-8-16**

Last 4 digits of account number  **6016**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54,612.70 |
|---|---|---|---|

**Dahlco Seeds Inc.**
**Attn: Pres,Prtnr,Mmbr**
**KDC Inc.**
**14730 15th St. SW**
**Cokato, MN 55321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Seed**

Date(s) debt was incurred  **12-31-11**

Last 4 digits of account number  **U007**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lauritsen Firewood & Rental, Inc.** | | Case number *(if known)* | |
| | Name | | | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$46,792.00** |

**Dahlman Seed Company LLP**
**Attn: Pres,Prtnr,Mmbr**
**73504 200th St.**
**Dassel, MN 55325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4-14-16**

**Basis for the claim:**  **Seed**

Last 4 digits of account number  **LauriDe**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24,675.73** |

**Fabick Cat**
**Attn: Pres,Prtnr,Mmbr**
**111 Moccasin Mike Rd.**
**Superior, WI 54880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5-13-16**

**Basis for the claim:**  **Machinery parts**

Last 4 digits of account number  **0156**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,915.00** |

**Rain & Hail LLC**
**Attn: Pres,Prtnr,Mmbr**
**Two Carlson Pkwy., Ste. 255**
**Minneapolis, MN 55447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10-1-16**

**Basis for the claim:**  **Crop insurance**

Last 4 digits of account number  **4406**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$43,265.85** |

**Skoglund Oil Company**
**Attn: Pres,Prtnr,Mmbr**
**1985 145th St.**
**New Richmond, WI 54017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **ongoing**

**Basis for the claim:**  **Fuel & fluids**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
| --- | --- | --- |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
| --- | --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ | **29,165.51** |
| **5b. Total claims from Part 2** | 5b. + | $ | **184,486.33** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **213,651.84** |

**Fill in this information to identify the case:**

Debtor name  **Lauritsen Firewood & Rental, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF WISCONSIN

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Truck, trailer, & equipment leases** |
| State the term remaining | **Batavia Leasing** |
| List the contract number of any government contract _____ | **Attn: Pres,Prtnr,Mmbr 210 S. 5th St., Ste. 105 Saint Charles, IL 60174** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Lauritsen Firewood & Rental, Inc.**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF WISCONSIN__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

#### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

#### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Andrew Lauritsen** | **2587 250th Ave. Cushing, WI 54006** | **Agstar Financial Services, ACA** | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Andrew Lauritsen** | **2587 250th Ave. Cushing, WI 54006** | **Agstar Financial Services, ACA** | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Andrew Lauritsen** | **2587 250th Ave. Cushing, WI 54006** | **Hiawatha National Bank** | ■ D __2.37__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Andrew Lauritsen** | **2587 250th Ave. Cushing, WI 54006** | **Hiawatha National Bank** | ■ D __2.38__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Derek Lauritsen** | **2565 250th Ave. Cushing, WI 54006** | **Agstar Financial Services, ACA** | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Lauritsen Firewood & Rental, Inc.** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Derek Lauritsen** | **2565 250th Ave.**<br>**Cushing, WI 54006** | **Agstar Financial Services, ACA** | ■ D __2.9__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | **Derek Lauritsen** | **2565 250th Ave.**<br>**Cushing, WI 54006** | **Hiawatha National Bank** | ■ D __2.37__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | **Derek Lauritsen** | **2565 250th Ave.**<br>**Cushing, WI 54006** | **Hiawatha National Bank** | ■ D __2.38__<br>☐ E/F ____<br>☐ G ____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **Lauritsen Firewood & Rental, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WISCONSIN

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/16**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other | **$347,533.30** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$563,957.00** |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$903,836.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | **Burnett Dairy dividends** | **$246.99** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | **Burnett Dairy dividends** | **$608.00** |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | **Burnett Dairy dividends** | **$64.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

| Debtor | **Lauritsen Firewood & Rental, Inc.** | Case number *(if known)* | |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Skoglund Oil Company**<br>**Attn: Pres,Prtnr,Mmbr**<br>**1985 145th St.**<br>**New Richmond, WI 54017** | **2-6-17, 4-2-17** | **$14,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Nationwide Ins.**<br>**Attn: Pres,Prtnr,Mmbr**<br>**1100 Locus St., Dept. 3000**<br>**Des Moines, IA 50391** | **$4,602.64**<br>**paid on 20th**<br>**of each**<br>**month, as**<br>**due** | **$13,807.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    **Lauritsen Firewood & Rental, Inc.**                          Case number *(if known)* _____

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **State of WI v. Lauritsen Firewood & Rental Inc.** 16TR653 | **Traffic** | **Washburn County Circuit Court, WI** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2. | **State of WI v. Lauritsen Firewood and Rental Inc.** 16TR652 | **Traffic** | **Washburn County Circuit Court** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.3. | **Tracy Seeds LLC v. Lauritsen Firewood & Rental Inc., et al.** 16CV161 | **Traffic** | **Rock County Circuit Court** | ☐ Pending ☐ On appeal ■ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:   Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:   Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:   Certain Payments or Transfers

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12.  **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

| Debtor | **Lauritsen Firewood & Rental, Inc.** | Case number *(if known)* | |

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor   **Lauritsen Firewood & Rental, Inc.**                     Case number *(if known)* _____

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:**   **Details About Environment Information**

---

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor   **Lauritsen Firewood & Rental, Inc.**                              Case number *(if known)* _____

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Virgil Hansen**<br>**Hansen's Tax Service**<br>**2272 155th St.**<br>**Milltown, WI 54858** | **last 5 years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Jerr Rarallo - WITC**<br>**1900 College Dr.**<br>**Rice Lake, WI 54868** | **last 6 years** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor   **Lauritsen Firewood & Rental, Inc.**                                Case number *(if known)* _____

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Skip Grosskreutz | 4-2-16 | $358,500 |

| | Name and address of the person who has possession of inventory records | | |
|---|---|---|---|
| | Malorie Valendop | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Derek Lauritsen | 2606 250th Ave. Cushing, WI 54006 | President | 90% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Andrew Lauritsen | 2587 250th Ave. Cushing, WI 54006 | Secretary | 10% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Lauritsen Firewood & Rental, Inc.**                                   Case number *(if known)*

---

| **Part 14:** | Signature and Declaration |
| --- | --- |

    **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 15, 2017**

**/s/ Derek Lauritsen**                                        **Derek Lauritsen**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

Attorney General
10th Street & Constitution Ave NW
Washington, DC 20530

DNR
State of Wisconsin
Box 7921
Madison, WI 53707

DWD - WC
P.O. Box 7948
Madison, WI 53707-7948

DWD-UI
Collections Section
P.O. Box 8914
Madison, WI 53708-8914

IRS (USA)
P.O. Box 7346
Philadelphia, PA 19101-7346

Chex Systems, Inc
7805 Hudson Road, Ste 100
Woodbury, MN 55125-1703

TeleCheck Services, Inc
5251 Westheimer Road
Houston, TX 77056-5415

Early Warning Services
16552 N. 90th Street
Scottsdale, AZ 85260-1619

Experian
P.O. Box 4500
Allen, TX 75013

Equifax Credit Information Srvcs
P.O. Box 740241
Atlanta, GA 30374

TransUnion Cons. Solutions
P.O. Box 2000
Chester, PA 19022-2000

U.S. Attorney's Office
222 West Washington Ave., Ste. 700
Madison, WI 53703

Attorney General, State of WI
14 E. Capitol
PO Box 7857
Madison, WI 53707-7857

WI Dept of Revenue
Special Procedures Unit
P.O. Box 8901
Madison, WI 53708-8901

ADM Crop Risk Services
Attn: Pres,Prtnr,Mmbr
Box 1470
Decatur, IL 62525

AgCo Finance
Attn: Pres,Prtnr,Mmbr
P.O. Box 2000
Johnston, IA 50131

Agstar Financial Services, ACA
Attn: Pres,Prtnr,Mmbr
P.O. Box 7438
7540 Airport View Dr. SW
Rochester, MN 55903-7438

Batavia Leasing
Attn: Pres,Prtnr,Mmbr
210 S. 5th St., Ste. 105
Saint Charles, IL 60174

CSC Inc. (Corporation Service Company)
c/o Secured Lender Solutions
P.O. Box 2576
Springfield, IL 62708

Dahlco Seeds Inc.
Attn: Pres,Prtnr,Mmbr
KDC Inc.
14730 15th St. SW
Cokato, MN 55321

Dahlman Seed Company LLP
Attn: Pres,Prtnr,Mmbr
73504 200th St.
Dassel, MN 55325

Fabick Cat
Attn: Pres,Prtnr,Mmbr
111 Moccasin Mike Rd.
Superior, WI 54880

First National Bank
Attn: Pres,Prtnr,Mmbr
621 2nd St.
P.O. Box 24
Chetek, WI 54728

Hiawatha National Bank
Attn: Pres,Prtnr,Mmbr
220 E. Oak St.
P.O. Box 338
Glenwood City, WI 54013

IRS
P.O. Box 804522
Cincinnati, OH 45280

Andrew Lauritsen
2587 250th Ave.
Cushing, WI 54006

Derek Lauritsen
2565 250th Ave.
Cushing, WI 54006

Mastell Brothers Trailer Service, Inc.
Attn: Pres,Prtnr,Mmbr
14636 Lake Dr. NE
Forest Lake, MN 55025-8607

Polk County Corp Counsel (real estate)
100 Judicial Center
1005 W. Main St.
Balsam Lake, WI 54810

Polk County Treasurer
Courthouse
100 Polk County Plaza
Balsam Lake, WI 54810

Rain & Hail LLC
Attn: Pres,Prtnr,Mmbr
Two Carlson Pkwy., Ste. 255
Minneapolis, MN 55447

RDO Equipment Co.
Attn: Pres,Prtnr,Mmbr
700 7th St. South
Fargo, ND 58103

Scalzo Enterprises
Attn: Pres,Prtnr,Mmbr
N5404 Mann Road
Spooner, WI 54801

Skoglund Oil Company
Attn: Pres,Prtnr,Mmbr
1985 145th St.
New Richmond, WI 54017

```
TCF Equipment Finance, Inc.
Attn: Pres,Prtnr,Mmbr
11100 Wayzata Blvd. Ste. 801
Hopkins, MN 55305-5503
```

# United States Bankruptcy Court
## Western District of Wisconsin

In re **Lauritsen Firewood & Rental, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

# BUSINESS INCOME AND EXPENSES

## FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS  (NOTE: ONLY INCLUDE information directly related to the business operation.)

### PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

| | |
|---|---:|
| 1. Gross Income For 12 Months Prior to Filing: | $ 0.00 |

### PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | |
|---|---:|
| 2. Gross Monthly Income | $ 45,000.00 |

### PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor) | $ 16,848.75 |
| 4. Payroll Taxes | 1,345.00 |
| 5. Unemployment Taxes | 0.00 |
| 6. Worker's Compensation | 0.00 |
| 7. Other Taxes | 0.00 |
| 8. Inventory Purchases (Including raw materials) | 2,746.33 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 6,977.75 |
| 10. Rent (Other than debtor's principal residence) | 0.00 |
| 11. Utilities | 747.16 |
| 12. Office Expenses and Supplies | 162.25 |
| 13. Repairs and Maintenance | 300.00 |
| 14. Vehicle Expenses | 5,347.16 |
| 15. Travel and Entertainment | 50.00 |
| 16. Equipment Rental and Leases | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | 334.75 |
| 18. Insurance | 4,391.58 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

| | |
|---|---:|
| 22. Total Monthly Expenses (Add items 3-21) | $ 39,250.73 |

### PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | |
|---|---:|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | $ 5,749.27 |

# United States Bankruptcy Court
## Western District of Wisconsin

In re   **Lauritsen Firewood & Rental, Inc.**                                  Case No. _____

                                              Debtor(s)              Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Andrew Lauritsen**<br>**2587 250th Ave**<br>**Cushing, WI 54006** | **1** | **10%** | **Secretary** |
| **Derek Lauritsen**<br>**2606 250th Ave**<br>**Cushing, WI 54006** | **1** | **90%** | **President** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 15, 2017** _____        Signature   **/s/ Derek Lauritsen** _____
                                                                **Derek Lauritsen**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## UNITED STATES BANKRUPTCY COURT
### Western District of Wisconsin

*In re:*                                                                Case No.

        LAURITSEN FIREWOOD & RENTAL, INC.,
                Debtor.

## STATEMENT OF COMPENSATION BY DEBTOR COUNSEL

1. Pursuant to 11 U.S.C. § 329(a) and Fed.R.Bankr.P. 2016(b), I certify that I am the attorney for the abovenamed debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   a. For legal services, I have agreed to accept
      i. t**he amount set forth in paragraph 1.b. below, and**
      ii. **an additional minimum amount as set forth in the plan plus**
      iii. **$285 per hour (and one half that rate for attorney supervised paralegal services) plus costs for any services or costs which exceed those paid for under paragraph 1b; further, debtor has agreed to deposit funds, upon request, in my firm's trust account to secure payment of future fees and costs.**

   b. Prior to the filing of this statement I have received**, in addition to an initial debt relief consultation charge of $125, $10,000 for attorney fees and costs (costs *include* the filing fee and a title/lien report)**.

   c. Balance due **will depend upon the services rendered and costs incurred**.

2. The source of the compensation paid to me was:

   ☒ Debtor        ☐ Other (specify):

3. The source of the compensation to be paid to me is:

   ☒ Debtor        ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm**; however, in the event the § 341 meeting is in a city other than Eau Claire then I may retain local counsel to appear at that meeting on behalf of debtor.**

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of

the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy.

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required.

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof.

    d. Representation of the debtor in **lien avoidance** adversary proceedings and other contested bankruptcy matters.

    e. **Monitor case; review, file, and object to claims as necessary; resolve concerns raised by trustee; calculate, draft, and seek confirmation of any required plan amendments; et cetera.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services: **pending or future audit, litigation (including any non-lien avoidance adversary proceeding), or appeal**.

<u>CERTIFICATION</u>

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

    Dated May 17, 2017.

                                  FREUND LAW OFFICE

<u>Post Office Address</u>               Counsel for Debtor
920 So. Farwell St.
P.O. Box 222
Eau Claire, WI  54702-0222     By:  _/s/_____
715/832-5151                Attorney Joshua D. Christianson

2